IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TERRY JOEL BURGESS,
        Plaintiff,
    v.                                        **Judgment in a Civil Case**
BRUCE KELLY HAMM; BRENDA
DUDLEY; TEZRA EGLETON;
RICKY WOODS,
        Defendants.                    Case Number: 5:11-CT-3229-F

**Decision by Court.**

This action came before the Honorable James C. Fox, Senor United States District Judge, for consideration of the response to this court's order.

**IT IS ORDERED AND ADJUDGED** that defendant Egleton having been dismissed earlier in the action, this action is hereby dismissed in its entirety for failure to state a claim upon which relief could be granted and failure to prosecute or abide by the orders of the court and abandonment of claims.

This Judgment Filed and Entered on August 27, 2012, with service on:
Terry Joel Burgess  0840482, Scotland Correctional Center, P.O. Box 1808, Laurinburg, NC 28353 (via U.S. Mail)


August 27, 2012                                             /s/ Julie A. Richards
                                                                    Clerk